**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 18, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00950-CV

## IN RE SOMAIAH KHOLAIF, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 2**
**Harris County, Texas**
**Trial Court Cause No. 449677**

## MEMORANDUM OPINION

On October 30, 2018, relator Somaiah Kholaif filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In her petition, relator asked this court to compel the Honorable Rory R. Olsen, former presiding judge of the Probate Court No. 3 of Harris County, to vacate his order quashing her request for discovery. On January 1, 2019, Judge Olsen ceased to hold office as judge of the Probate Court No. 3. Judge Olsen's

successor is the Honorable Jason Cox. We abated this original proceeding to afford Judge Cox an opportunity to consider the order quashing discovery. *See* Tex. R. App. P. 7.2(b). On February 22, 2019, Judge Cox recused himself from this case. The case was randomly reassigned to Probate Court No. 2. Presiding Judge of Probate Court No. 2, the Honorable Michael Newman confirmed Judge Olsen's prior order. We reinstated this appeal after receiving notice that the order subject of this proceeding was confirmed.

With certain exceptions, to obtain mandamus relief a relator must show both that the trial court clearly abused its discretion and that relator has no adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relator has not shown that she is entitled to mandamus relief. We therefore deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Bourliot and Spain.